AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

BLACKBURN & ASSOCIATES
CONSTRUCTION AND
DEVELOPMENT CO., INC.,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:06-cv-00573-LRH-VPC**

KENNETH CARMAN (SR.), dba
VERDI ELECTRIC CO.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that pursuant to the court's order (#39), Blackburn's renewed Motion for Summary Judgment (#34) is GRANTED. IT IS FURTHER ORDERED that Blackburn's Motion for Attorneys Fees and Costs (#40) is GRANTED in part and DENIED in part. Blackburn shall be awarded $137,675.18 in damages and $30,030.12 in prejudgment interest for a total of $167,705.30.

  August 21, 2009                                          **LANCE S. WILSON**
                                                                      Clerk

                                                                   /s/ P. McDonald
                                                                 Deputy Clerk